The Honorable Kymberly K. Evanson

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| D'ANGELO FLUCKES, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MARRIOTT INTERNATIONAL, INC., a foreign profit corporation; and DOES 1-20, as yet unknown Washington entities,<br><br>Defendants. | No. 2:26-cv-04198-KKE<br><br>**ORDER GRANTING STIPULATED MOTION FOR BRIEFING SCHEDULE** |

Finding good cause, the Court GRANTS the parties' stipulated motion (Dkt. No. 14) to set the briefing deadlines related to Defendant's pending motion to dismiss (Dkt. No. 13) as follows:

- Plaintiff shall file an opposition brief no later than December 18, 2026.
- Defendant shall file a reply brief no later than January 8, 2027.

The clerk is directed to re-note the motion to dismiss (Dkt. No. 13) to January 8, 2027.

DATED this 16th day of November, 2026.

Kymberly K. Evanson
United States District Judge